## File Hashes for IP Address 96.241.18.88

**ISP:** Verizon Online, LLC
**Physical Location:** Vienna, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/14/2015 12:35:35 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 01/04/2015 01:39:23 | E6DA0B834BF1BD17CA492C6B6BB41625A12C82DA | Sapphic Waltz |
| 01/04/2015 01:16:50 | 2A4D7C0AB461F59DD1C2844E46EC241A16C3560A | Sapphically Sexy |
| 08/17/2014 16:05:17 | 5612B6644244B6DA8CCB3EE46164EBE96C0220E0 | Thunderstorm Love |
| 07/27/2014 23:47:20 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |

**Total Statutory Claims Against Defendant: 131**

EVA243

EXHIBIT A