**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                  Civil Action No. 1:15-cv-00525-LO-JFA

JOHN DOE, subscriber assigned IP address
96.241.18.88,

    Defendant,
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 96.241.18.88.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  June 26, 2015

                                                          Respectfully submitted,

                                                          By:  /s/ *William E. Tabot*
                                                          William E. Tabot PC
                                                          9248 Mosby Street
                                                          Manassas, VA 20110-5038
                                                          Phone: 703-530-7075
                                                          Email: wetabotesq@wetlawfirm.com
                                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *William E. Tabot*_____
      William E. Tabot